LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>JULIE A. CARTER, AKA JULIE HAYWARD,<br><br>                    Defendant | No. CV A 10-3993<br><br>CONSENT JUDGMENT |

   Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Julie A. Carter, aka Julie Hayward, in the principal amount of $2,406.95 plus interest accrued to April 27, 2010, in the sum of $3,919.46; with interest accruing thereafter at $0.46 per day until entry of judgment, for a total amount of **$6,326.41**.

DATED: JULY 16, 2010           By: TERRY NAFISI
                                   Clerk of the Court

                                   Deputy Clerk
                                   United States District Court

Page 5